IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA, et al. | : | NO. 10-568 |

ORDER

AND NOW, this 30th day of July, 2010, upon consideration of the defendants' Motion for Judgment on the Pleadings or for Summary Judgment (Docket No. 15), the plaintiff's response in opposition and the defendants' reply thereto; the plaintiff's Motion to Amend Civil Complaint (Docket No. 20); and the plaintiff's Motion for Leave of Court to Amend Complaint (Docket No. 29), and the defendants' response in opposition thereto, IT IS HEREBY ORDERED that:

1. The defendants' Motion for Judgment on the Pleadings or for Summary Judgment (Docket No. 15) is GRANTED.

2. The plaintiff's Motion to Amend Civil Complaint (Docket No. 20) is DENIED AS MOOT pursuant to the plaintiff's explanation that this complaint shall be "discarded" and the amended complaint filed as Docket No. 29 shall stand in its place.

3. The plaintiff's Motion for Leave of Court to Amend Complaint (Docket No. 29) is DENIED.

4. Judgment is entered for the defendants. This case

shall be marked CLOSED.

BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.